UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:21-cr-279-MSS-TGW

KATERI TRUJILLO DORTICOS

### JOINT STATUS REPORT

The Government hereby files the following December 2021 status report for the Court's review. The Court has scheduled this matter for the January 2022 trial calendar. (Doc 35) This report details the most current facts related to this case:

1. On August 18, 2021, an Indictment was returned against defendant charging her with several counts of bank fraud and aggravated identity theft.

2. The Federal Public Defender's Office was initially appointed to represent the defendant. A written plea of not guilty was entered into the court proceedings, and the defendant is currently on conditions of pretrial release and residing in the Middle District of Florida.

3. Discovery was provided to the Federal Public Defender's Office. Bryant Camareno, a private attorney, is currently representing defendant. A written motion to continue the case until the January 2022 trial calendar was filed with the Court. The Court granted said motion and this matter is currently scheduled for the Court's January 2022 trial calendar. (Doc 35) Defendant has filed a waiver of speedy trial through the end of January 2022. (Doc 34)

4. The parties are in active negotiations to resolve this case. The parties are currently attempting to schedule a meeting within the next couple of weeks to discuss a possible resolution of the matter that will potentially benefit Ms. Dorticos. It is anticipated that this case will be resolved without need of a trial. However, in the event that a trial is necessary, it is believed that the trial would last no more than 3 days.

5. All parties are moving diligently to resolve this matter. Ms. Dorticos remains out on conditions of release. Counsel for Ms. Dorticos has indicated that he plans to file a motion to continue this matter to the February 2022 trial calendar. The Government has no objection to such a request and believes it would be beneficial for all parties to continue this matter to the February 2022 trial calendar.

The United States has notified counsel for the defendant of the information provided in this report.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: /s/ *Maria Guzman*
Maria Guzman
Assistant United States Attorney
Florida Bar No. 053325
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Maria.Guzman@usdoj.gov

U.S. v. DORTICOS                                    Case No. 8:21-cr-279-MSS-TGW

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

    Bryant R. Camareno, Esquire

                                      /s/ *Maria Guzman*
                                      Maria Guzman
                                      Assistant United States Attorney
                                      Florida Bar No. 053325
                                      400 N. Tampa St., Ste. 3200
                                      Tampa, FL 33602-4798
                                      Telephone: (813) 274-6000
                                      Facsimile: (813) 274-6358
                                      E-mail: Maria.Guzman@usdoj.gov